Same case below, 396 Fed. Appx. 66.

**No. 10-9800. O'Benson Sesere, aka Obenson Sesere, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2889, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3459.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 413 Fed. Appx. 653.

**No. 10-9804. Franklin Antonio Figueroa-Montes, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2889, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3480.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 400 Fed. Appx. 148.

**No. 10-9805. Danny W. Orr, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2889, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3429.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 622 F.3d 864.

**No. 10-9810. Benjamin Grote, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2893, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3373.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 90.

**No. 10-9814. Juan Fermin, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2890, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3517.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9816. Leslie J. Hamilton, Jr., Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2890, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3473,

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9818. Jesse Guzman, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2890, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3460,

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9821. Daniel Gyamfi, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2890, 179 L. Ed. 2d 1200, 2011 U.S. LEXIS 3394.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 669.